**W. J. Sickafus, Appellant, v. Waldo Vickrey, Appellee.**

**(Not to be reported in full.)**

Appeal from the Circuit Court of Moultrie county; the Hon. JOHN McNUTT, Judge, presiding. Heard in this court at the April term, 1917. Affirmed. Opinion filed July 14, 1917.

**Statement of the Case.**

Action in the justice court by W. J. Sickafus, plaintiff, against Waldo Vickrey, defendant, to recover $100 claimed to be due him as commission for the exchange of defendant's farm in another State for residence

property of a third person in a town in which both defendant and such third person resided, as well as plaintiff. From a judgment for defendant in the Circuit Court, after appeal by plaintiff from a judgment in the former's favor in the justice court, plaintiff appeals.

C. R. PATTERSON and E. J. MILLER, for appellant.

McLAUGHLIN & THOMPSON, for appellee.

MR. PRESIDING JUSTICE THOMPSON delivered the opinion of the court.

## Abstract of the Decision.

1. TRIAL, § 68*—*when offer of evidence is untimely.* The offering by plaintiff of evidence of the value of the services, after testifying to an alleged express contract for commissions for the exchange of real property, and before denial by the defendant of the making of the contract, is improper as it is then merely argumentative.

2. BROKERS, § 88*—*when evidence is sufficient to sustain verdict.* In an action by a broker for commissions for exchange of real estate, where the testimony was conflicting as to the existence of a contract, evidence *held* sufficient to sustain a verdict for defendant.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.